Corey Caldwell
9009 Boone Drive
McKinney, TX. 75071

**ORIGINAL**

6-9-14

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 JUN 10  AM 8:34

DEPUTY CLERK _____

Case no: 3:14CV530

Change of address

I am requesting that all legal correspondance be sent to the address above. Send to 9009 Boone Drive McKinney, TX 75071

*Corey Caldwell* (signature)