IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| COREY LEE CALDWELL, § | |
| TDCJ-CID No. 1656858, § | |
| Petitioner, § | |
| § | |
| v. | §CIVIL ACTION NO. 3:14CV530B-BN |
| | § (Magistrate Judge David L. Horan) |
| WILLIAM STEPHENS, Director, § | |
| Texas Department of Criminal Justice,§ | |
| Correctional Institutions Division, § | |
| Respondent. § | |

## CERTIFICATE OF INTERESTED PERSONS

I do hereby certify, pursuant to Local Rule 3.1(f) of the Northern District of Texas that other than Petitioner and the Director, counsel for the Respondent is unaware of any person with an interest in the outcome of this case.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DON CLEMMER
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Assistant Attorney General
Chief, Criminal Appeals Division

|  |  |
|---|---|
| *Lead Counsel | s/ Susan San Miguel<br>SUSAN SAN MIGUEL*<br>Assistant Attorney General<br>State Bar No. 24037425 |

P.O. Box 12548, Capitol Station
Austin, Texas 78711
Telephone No. (512) 936-1400
Facsimile No. (512) 936-1280
susan.sanmiguel@texasattorneygeneral.gov
ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing pleading will be served by placing it in the U.S. Mail, postage prepaid, on the 13th day of August, 2014, addressed to:

Corey Lee Caldwell
TDCJ No. 1656858
9009 Boone Drive
McKinney, TX 75071

s/ Susan San Miguel
SUSAN SAN MIGUEL
Assistant Attorney General